UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFERIES LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANRO CORP.,<br><br>　　　　　Defendant. | Case No. 1:17-cv-05490-AT<br><br>**RULE 7.1 DISCLOSURE STATEMENT FOR JEFFERIES LLC** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Jefferies LLC ("Jefferies"), by its undersigned attorneys, hereby states that Jefferies Group LLC is the direct parent of Jefferies LLC. Limestone Merger Sub, LLC is the immediate parent of Jefferies Group LLC, and Leucadia National Corporation is the immediate parent of Limestone Merger Sub, LLC. Leucadia National Corporation is a public company whose common stock is publicly traded and is owned by various individuals and entities.

Dated:  August 9, 2017

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　HERBERT SMITH FREEHILLS NY LLP

　　　　　　　　　　　　　　　　　　By: */s/ Scott S. Balber*

　　　　　　　　　　　　　　　　　　Scott S. Balber
　　　　　　　　　　　　　　　　　　Emily Abrahams
　　　　　　　　　　　　　　　　　　Herbert Smith Freehills NY LLP
　　　　　　　　　　　　　　　　　　450 Lexington Avenue,
　　　　　　　　　　　　　　　　　　14th Floor,
　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　Telephone:  (917) 542-7600
　　　　　　　　　　　　　　　　　　scott.balber@hsf.com
　　　　　　　　　　　　　　　　　　emily.abrahams@hsf.com